1  Heather McMillan (SBN 188939)
   heather@scmclaw.com
2  Daniel P. Stevens (SBN 164277)
   ken@scmclaw.com
3  **STEVENS & McMILLAN**
   335 Centennial Way
4  Tustin, CA 92780
   Tel.:  (714) 730-1000
5  Fax:  (714) 730-1067

6  Attorneys for Plaintiff
   KIMLAY SORN
7

8  Michael S. Kalt (SBN 173228)
   mkalt@wilsonturnerkosmo.com
9  Douglas R. Clifford (SBN 231971)
   dclifford@wilsonturnerkosmo.com
10 **WILSON TURNER KOSMO LLP**
   402 West Broadway, Suite 1600
11 San Diego, CA 92101
   Tel:  (619) 236-9600
12 Fax:  (619) 236-9669

13 Attorneys for Defendants,
   OPTUM SERVICES, INC. and
14 NAGARAJU GUDIPUDI

15                **UNITED STATES DISTRICT COURT**

16                **CENTRAL DISTRICT OF CALIFORNIA**

17                        **SOUTHERN DIVISION**

| | |
|---|---|
| 18  KIMLAY SORN, | Case No.:   8:19-cv-02207 DOC-KES |
| 19           Plaintiff, | |
| | District Judge:   Hon. David O. Carter |
| 20  v. | Courtroom 9D |
| 21  UNITED HEALTHCARE GROUP INC., OPTUM SERVICES INC., | Magistrate Judge: Hon. Karen E. Scott |
| 22  NAGARAJU GUDIPUDI and | Courtroom 6D |
|     DOES 1 through 50, inclusive, | **JOINT STIPULATION TO DISMISS** |
| 23           Defendants. | |
| | Action Filed:   October 10, 2019 |
| 24 | Action Removed: November 14, 2019 |
|    | Trial Date:   None Set |
| 25 | |

26  ///

27  ///

28  ///

---
1
**JOINT STIPULATION TO DISMISS**

1  IT IS HEREBY STIPULATED by and between KIMLAY SORN
2  ("Plaintiff") and OPTUM SERVICES, INC. and NAGARAJU GUDIPUDI
3  ("Defendants"), by and through their respective counsel of record, that the above-
4  referenced matter be dismissed in its entirety with prejudice.

Dated: September 16, 2021

STEVENS & McMILLAN

By: _____
HEATHER MCMILLAN
DANIEL P. STEVENS
Attorneys for Plaintiff
KIMLAY SORN

Dated: September 20, 2021

WILSON TURNER KOSMOS

By: _____
MICHAEL S. KALT
DOUGLAS R. CLIFFORD
Attorneys for Defendants,
OPTUM SERVICES, INC. and
NAGARAJU GUDIPUDI

# CERTIFICATE OF SERVICE

KIMLAY SORN v. UNITED HEALTHCARE GROUP INC., et al.
8:19-cv-02207-DOC-KES

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I caused to be electronically filed the following document(s) described as:

**JOINT STIPULATION TO DISMISS**

[X]  **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below:

Michael S. Kalt
Douglas Clifford
WILSON TURNER KOSMO, LLP
402 West Broadway, Suite 1600
San Diego, CA 92101-3532
619/236-9600
619-236-9669 Fax
Mkalt@wilsonturnerkosmo.com

*Attorneys for Optum Services, Inc. & Nagaraju Gudipudi*

[X] [Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2021, at Tustin, California.

_____
Stacey Craun